IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY LOUIS ALFORD,

        Plaintiff,                           No. CIV S-06-1327 DFL GGH P

    vs.

COUNSELOR NICKERSON, et al.,

        Defendants.                 FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed July 26, 2006, plaintiff was ordered to submit the filing fee of $350.00 within twenty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty day period has now expired, and plaintiff has not responded to the court's order and has not submitted the filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised

1

1  that failure to file objections within the specified time may waive the right to appeal the District
2  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3  DATED: September 14, 2006

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

5  alfo1327.fff

2